**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| BYRON HARRIS, | : | Case No. 1:26-cv-00411 |
| | : | |
| Plaintiff, | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| OFFICER FOZOH, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff Harris recently filed a motion to correct the spelling of a defendant's last name. (Doc. No. 7.) Initially, the Court interpreted Plaintiff's handwritten complaint to name "Officer FO2OH" as the lead defendant. (*See* Complaint, Doc. No. 1 at PageID 1.) Plaintiff clarifies that this defendant's last name is "Fozoh." (Doc. No. 7.)

The Court appreciates Plaintiff raising this issue and has corrected its records to reflect that "Officer Fozoh" is the lead defendant.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge