**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| BYRON HARRIS, | : | Case No. 1:26-cv-00411 |
| | : | |
| Plaintiff, | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| OFFICER FOZOH, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO SUBMIT VIDEO RECORDING

Plaintiff Harris has filed a motion asking for permission to submit a video recording to the Court. (Doc. No. 12.) He asserts that the recording captures the incident described in his Complaint. (*Id.*)

In the interest of justice, Plaintiff's Motion is **GRANTED**. (Doc. No. 12.) Plaintiff may submit one flash drive with this video recording to the Court. The Clerk of Court shall maintain the flash drive until the Court requires it or until further order of the Court.

The next step in this case is for the Court to screen the Complaint. (*See* Doc. No. 8 at PageID 39.) Plaintiff need not submit any evidence at this time. He is **REMINDED** that he must keep this Court informed of his current address while this case is pending and promptly file a Notice of New Address if he is released or transferred.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge